UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANA GLOBAL COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY FLOOD CONTROL ZONE DISTRICT, et al., <br><br> Defendants. | CASE NO. C22-1626JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is a letter filed by counsel for Defendant King County Flood Control Zone District ("King Flood"). (Letter (Dkt. # 20).) In the letter, counsel states that the parties "jointly request a continuance of the deadlines outlined" in the court's February 24, 2023 initial scheduling order. (*Id.*; *see also* 2/24/23 Order (Dkt. # 15).) The parties request this continuance in light of King Flood's pending motion to dismiss;

MINUTE ORDER - 1

Defendants King County, Josh Baldi, John Taylor, and Michael Murphy's forthcoming motion to dismiss; and Defendant Pan Abode Homes, Inc.'s likely forthcoming motion to dismiss.  (*See* MTD (Dkt. # 19); Letter.)  Because King Flood's motion to dismiss notes on April 14, 2023 (*see* Letter; Dkt.), the parties ask the court to continue its initial scheduling deadlines "to a date after April 14, 2023" (Letter).

The court GRANTS the parties' request for a continuance of the deadlines outlined in the court's February 24, 2023 initial scheduling order.[1]  The Clerk will enter a new initial scheduling order, if appropriate, after the court rules on Defendants' motions to dismiss.

Filed and entered this 14th day of March, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[1] The court directs the parties to this District's local rules and the Federal Rules of Civil Procedure, which set forth the procedures for a request to continue a deadline.  (*See* 2/24/23 Order at 1 ("Any request for an extension should be made by filing a motion or stipulated motion pursuant to Local Civil Rule 7(j).")); *see, e.g.*, Local Rules W.D. Wash. LCR 7(j), 16(a)-(b); Fed. R. Civ. P. 6(b), 16(b).  The court will not consider a second request that fails to comply with these rules.

MINUTE ORDER - 2