UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANA GLOBAL COMPANY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KING COUNTY FLOOD CONTROL ZONE DISTRICT, et al.,<br><br>    Defendants. | CASE NO. C22-1626JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the notice of substitution of counsel filed by Inslee Best Doezie & Ryder, P.S.'s ("Inslee Best"), counsel of record for Defendant King County Flood Control Zone District ("KC Flood"). (Not. (Dkt. # 24).) Inslee Best seeks to withdraw as counsel for KC Flood and to substitute Heather C. Yakely, of the firm Evans, Craven & Lackie, as counsel for KC Flood. (*Id.*) Ms. Yakely, however, did not appear as counsel

MINUTE ORDER - 1

for KC Flood before Inslee Best filed the instant notice of substitution. (*See generally* Dkt.; Not. (purporting to operate as Ms. Yakely's notice of appearance).)

Pursuant to Local Civil Rule 83.2(b)(2), "where there is a change in counsel that effects a termination of one law office and the appearance of a new law office, the substitution must be effected in accordance with subsection (b)(1)." Local Rules W.D. Wash. LCR 83.2(b)(2). To withdraw an appearance, Local Civil Rule 83.2(b)(1) requires counsel to first obtain leave of court "by filing a motion or a stipulation and proposed order for withdrawal." *Id.* LCR 83.2(b)(1).

Accordingly, the court STRIKES Inslee Best's notice of substitution (Dkt. # 24) for failure to comply with Local Civil Rule 83.2(b)(1), (2). The court DIRECTS the Clerk to update the docket to reflect that Inslee Best remains counsel of record for KC Flood and to remove Ms. Yakely as counsel of record. If Inslee Best seeks to withdraw as counsel for KC Flood and to substitute Ms. Yakely in as counsel for KC Flood, it must do so in compliance with the Local Civil Rules.

Filed and entered this 23rd day of March, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2