HONORABLE JAMES L. ROBART

HEATHER C. YAKELY, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com

Attorneys for Defendant King County
Flood Control Zone District

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| AMANA GLOBAL COMPANY, a sole proprietorship company and HAFID TAHRAOUI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY FLOOD CONTROL ZONE DISTRICT, a quasi-municipal corporation of the State of Washington, and KING COUNTY, a charter county of the State of Washington, and JOSH BALDI, in his individual and official capacity, and JOHN TAYLOR in his individual and official capacity, and MICHAEL MURPHY, in his individual and official capacity, and PAN ABODE HOMES INC., a Washington corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | No.  2:22-CV-1626-JLR<br><br>STIPULATED MOTION AND (~~PROPOSED~~) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

STIPULATED MOTION AND (~~PROPOSED~~) ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - page 1

The parties respectfully submit this Stipulation for Withdrawal and Substitution of Counsel. Pursuant to Western District of Washington local rule 83.2(b), Charlotte A. Archer, Curtis J. Chambers, and Christopher W. Pirnke, and the law firm Inslee Best Doezie & Ryder, P.S. and Heather C. Yakely of Evans, Craven & Lackie, P.S. respectfully move that Heather C. Yakely be substituted as counsel of record for defendant King County Flood Control Zone District in place of Inslee Best Doezie & Ryder, P.S. who are requesting to withdraw as counsel for King County Flood Control Zone District. Counsel requests that all future notices and correspondence be directed to:

>HEATHER C. YAKELY, WSBA #28848
>Evans, Craven & Lackie, P.S.
>818 W. Riverside Ave., Suite 250
>Spokane, WA 99201-0910
>(509) 455-5200
>hyakely@ecl-law.com

DATED: March 28, 2023.

>EVANS, CRAVEN & LACKIE, P.S.
>
>By ___s/ Heather C. Yakely___
>HEATHER C. YAKELY, #28848
>818 W. Riverside Ave., Ste. 250
>Spokane, WA 99201
>(509) 455-5200
>hyakely@ecl-law.com
>
>Substituting Attorneys for Defendant King County Flood Control Zone District

INSLEE BEST DOEZIE & RYDER, P.S.

By <u>s/ Charlotte A. Archer elec. Approval on 3.28.23 at 11:37 AM</u>
CHARLOTTE A. ARCHER #43062
CURTIS J. CHAMBERS #42984
CHRISTOPHER W. PIRNKE #44378
10900 NE 4th Street, Suite 1500
Bellevue, WA 98004
(425) 450-4209
carcher@insleebest.com
cchambers@insleebest.com
cpirnke@insleebest.com

Withdrawing Attorneys for Defendant King County Flood Control Zone District

By <u>s/Hafid Tahraou elec. Approval on 03.28.2023 at 12:54 PM</u>
HAFID TAHRAOUI, pro se Plaintiff
P.O. Box 88764
Seattle, WA 98138
hafid1416@yahoo.com


KING COUNTY PROSECUTING ATTORNEY'S OFFICE

By <u>s/John F. Briggs elec. Approval on 3.28.23 at 11:40 AM</u>
John F. Briggs, WSBA #24301
516 3rd Ave.
W554 King County Courthouse
Seattle, WA 98104
(206) 477-1152
John.briggs@kingcounty.gov

STIPULATED MOTION AND (PROPOSED) ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - page 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

                                     Counsel for Defendant King County
                                     GILLIN LAW GROUP

                                     By <u>s/Brent D. Bowden elec. Approval on 3.24.23 at 1:41 PM</u>
                                     Brent D. Bowden, WSBA #44316
                                     19910 50th Ave. W, Ste. 205
                                     Lynnwood, WA 98036
                                     (425) 947-1130
                                     brent@gillinlaw.com

                                     Counsel for Defendant Pan Abode Homes

STIPULATED MOTION AND (~~PROPOSED~~) ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - page 4

**ORDER**

The Court, after reviewing the pleadings and the Stipulated Motion for Withdrawal and Substitution of Counsel, now, hereby GRANTS the motion. Accordingly, Charlotte A. Archer, Curtis J. Chambers, and Christopher W. Pirnke, and the law firm Inslee Best Doezie & Ryder, P.S. are hereby withdrawn as counsel for Defendant King County Flood Control Zone District and Heather C. Yakely of Evans, Craven & Lackie, P.S is substituted as counsel for Defendant King County Flood Control Zone District.

Done in Open Court this 29th day of March 2023.

_____
The Honorable Judge James L. Robart
United States District Court for the
Western District of Washington