UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANA GLOBAL COMPANY, et al., | CASE NO. C22-1626JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KING COUNTY FLOOD CONTROL ZONE DISTRICT, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is *pro se* Plaintiffs' motion to continue the deadlines outlined in the court's March 15, 2023 initial scheduling order. (Mot. (Dkt. # 40); *see also* 3/15/23 Order (Dkt. # 23).) Plaintiffs argue that good cause exists for the continuance in light of the pending motions to dismiss and the court's earlier order granting the parties' request for a continuance of the deadlines set forth in the court's February 24, 2023 initial

MINUTE ORDER - 1

scheduling order. (Mot. (stating that Defendants "have already agreed" to continue the initial scheduling deadlines); *see* 3/14/23 Order (Dkt. # 22) (continuing the initial scheduling deadlines in light of the pending motions to dismiss).[1])

Defendants' motions to dismiss are still pending (*see* Dkt.), and Plaintiffs' response to the court's show cause order is due on April 21, 2023 (*see* 4/6/23 Order (Dkt. # 39)). Accordingly, the court GRANTS Plaintiffs' motion to continue the deadlines outlined in the court's March 15, 2023 initial scheduling order (Dkt. # 40). The Clerk will enter a new initial scheduling order, if appropriate, after the court reviews Plaintiffs' response to the court's show cause order and rules on Defendants' pending motions to dismiss.

Filed and entered this 21st day of April, 2023.

                                        RAVI SUBRAMANIAN
                                        Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk

---

[1] The Clerk entered a new initial scheduling order on March 15, 2023, setting most of the deadlines after the noting date for Defendants' motions to dismiss. (*See* 3/15/23 Order; Dkt.)

MINUTE ORDER - 2