UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANA GLOBAL COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY FLOOD CONTROL ZONE DISTRICT, et al., <br><br> Defendants. | CASE NO. C22-1626JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is *pro se* Plaintiffs' motion for extension of time to respond to the court's April 6, 2023 show cause order. (Mot. (Dkt. # 43).) Plaintiffs' response to the court's show cause order was due April 21, 2023. (*See* OSC (Dkt. # 39).) Although Plaintiffs timely responded to the court's order, they request an extension of time to file an amended response because they "had prior work commitments" that "significantly

MINUTE ORDER - 1

interfered with the filing of the response." (Mot. at 2 (noting that "the response requires extensive research of the issue raised in the order to show cause")).)

"A motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline." Local Rules W.D. Wash. LCR 7(j). "Parties should not assume that the motion will be granted and must comply with the existing deadline unless the court orders otherwise." *Id.* "When an act . . . must be done within a specified time, the court, may, for good cause, extend the time." Fed. R. Civ. P. 6(b)(1). Plaintiffs were given two weeks to respond to the court's order to show cause, which requested briefing on the sole issue of whether Plaintiffs' claims were barred by the applicable statute of limitations. (*See generally* OSC.) Plaintiffs, however, waited to file the instant motion for an extension of time until 11:52 p.m. on April 21, 2023, the night their response to the court's order to show cause was due. (*See generally* Mot.) In the court's view, Plaintiffs motion for an extension of time, filed the night their response was due, is untimely. Moreover, even if Plaintiffs' motion was timely, Plaintiffs have not shown good cause for an extension of time. To the contrary, the statements in the motion show that Plaintiffs simply prioritized other matters over this litigation. (*See* Mot. at 2.)

Accordingly, the court DENIES Plaintiffs' motion for extension of time (Dkt. # 43).

//

//

//

Filed and entered this 24th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 3